47 F.3d 1160
 Georgine (Robert A.), Winbun (Laverne), Estate of Winbun
(Joseph E.), Vogt (Ambrose, Jr.), Vogt (Joanne), Raver
(Carlos, Dorothy M.), Murphy (Timothy, Gay), Annas (Ty T.),
Baumgartner (Anna Marie), Estate of Baumgartner (John A.),
Kekrides (Nafssica), Estate of Kekrides (Pavlos), Sylvester
(William H.), Estate of Sylvester (Fred A.)
v.
Amchem Products, Inc., A.P. Green Industries, Inc.,
Armstrong World Industries, Inc., Certainteed Corporation,
 NO. 94-2153
 United States Court of Appeals,
Third Circuit.
 Jan 20, 1995
 Appeal From: E.D.Pa., No. 93-00215
 
 1
 APPEAL DISMISSED.